IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NICHOLAS JOHNSON, )<br>)<br>Petitioner, )<br>)<br>v. )<br>)<br>PAUL STOWITZKY, Warden, and )<br>TOM CORBIN [sic] State )<br>Attorney General, and the )<br>COMMONWEALTH OF PENNSYLVANIA, )<br>BOARD OF PROBATION AND PAROLE, )<br>)<br>Respondents ) | Civil Action No. 05-527<br>Judge Arthur J. Schwab/<br>Magistrate Judge Lisa Pupo<br>Lenihan |

## MEMORANDUM ORDER

Petitioner, Nicholas Johnson, filed a habeas petition, attacking his state sentence. The Respondents filed their answer. The case was referred to Magistrate Judge Lisa Pupo Lenihan, who issued her report and recommendation on December 27, 2005(Doc. 8). The parties had until January 13, 2006 in which to file objections. No objections have been filed.

AND NOW, this 22nd day of February, upon de novo review of the report and recommendation, it is hereby ordered that the habeas petition is **DENIED** and a certificate of appealability is likewise **DENIED**. The report dated December 27, 2005 is adopted as the opinion of the Court.

February 22, 2006              s/Arthur J. Schwab
                               Arthur J. Schwab
                               U.S. District Judge

cc:   The Honorable Lisa Pupo Lenihan
United States Magistrate Judge

Nicholas Johnson
DX-7290
SRCF Mercer
801 Butler Pike
Mercer, PA 16137

Christian D. Bareford
Office of Attorney General
Fifth Floor, Manor Complex
564 Forbes Avenue
Pittsburgh, PA 15219